IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THORCO, INC.,<br><br>        Debtor. | CV 24-160–M–DWM |
| DENNIS THORNTON,<br><br>        Plaintiff-Appellant,<br><br>vs.<br><br>BRANDON, et al.,<br><br>        Defendant-Appellees. | ORDER |

Plaintiff-Appellant Dennis Thornton moves for reconsideration of the

Court's denial of his motion to extend the deadline to file his reply to the brief of

Defendant-Appellee Chapter 7 Bankruptcy Trustee for Thorco, Inc., Christy

Brandon ("Trustee").  (Docs. 51, 50.)  Rules 8013 and 9006 of the Federal Rules of

Bankruptcy Procedure govern the disposition of Thornton's motion.[1]  Having now

twice denied Thornton's request for an extension to file his reply to the Trustee's

---

[1] Defendant-Appellees Trustee, Whitefish Credit Union, MO Somers, LLC, Ruis Glacier, LLC, and Neal Bouma correctly highlight, (Docs. 53, 54), Thornton's misplaced reliance on Rule 59(e) of the Federal Rules of Civil Procedure, (Doc. 51 at 3).

brief, (Docs. 43, 50), and given the previous delays in the case, (*see* Docs. 22, 25, 32), no further extensions are warranted.

Accordingly, IT IS ORDERED that Plaintiff-Appellant Dennis Thornton's motion, (Doc. 51), is DENIED.

DATED this 26ᵗʰ day of March, 2025.

_____
Donald W. Molloy, District Judge
United States District Court