UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

THORCO, INC.,

    Debtor.

_____

DENNIS THORNTON,

    Plaintiff-Appellant,

vs.

CHRISTY L. BRANDON et al,

    Defendant-Appellees.

Case No. CV-24-160-M-DWM

JUDGMENT IN A CIVIL CASE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is terminated.

Dated this 13th day of August, 2025

TYLER P. GILMAN, CLERK

By:  /s/ Annie Puhrmann
    Deputy Clerk