IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THORCO, INC., | CV 24-160–M–DWM |
| Debtor. | |
| DENNIS THORNTON, | ORDER |
| Plaintiff-Appellant, | |
| vs. | |
| BRANDON, et al., | |
| Defendants-Appellees. | |

Having reviewed Appellant Dennis Thornton's motion to vacate the order entering amended judgment in this case,

IT IS ORDERED that his motion, (Doc. 78), is DENIED.

DATED this 20th day of March, 2026.

09:02 A.M.

_____
Donald W. Molloy, District Judge
United States District Court